**Order entered January 7, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01035-CV

**MICHELLE MANAUTOU, Appellant**

**V.**

**TEACHERS INSURANCE AND ANNUITIES ASSOCIATION OF AMERICA, ET AL,**
**Appellees**

**On Appeal from the County Court at Law No. 5**
**Dallas County, Texas**
**Trial Court Cause No. CC-10-07908-E**

## ORDER

We **GRANT** appellant's December 23, 2013 unopposed motion for enlargement of time

to file brief and **ORDER** the brief received December 31, 2013 filed as of the date of this order.


/s/    ELIZABETH LANG-MIERS
        JUSTICE